# COURTROOM MINUTE SHEET

CRIMINAL CASE NO.  CR-08-175-D

UNITED STATES OF AMERICA v.  Jimmy Lee Brooks

PROCEEDING:    Hearing on Supervised Release

COMMENCED   10:00     ENDED   11:00     TOTAL TIME  1 hour

JUDGE TIMOTHY DeGIUSTI     CLERK MIKE BAILEY     REPORTER SHERRI GRUBBS

GOV'T COUNSEL    Ed Kumiega

DEFT COUNSEL    Tony Lacy

Defendant Appears in person with Assistant Public Defender

Gov't Exhibits Admitted  1, 2, 3, 4

Deft Exhibit's Admitted

| WITNESS(ES) FOR GOVERNMENT | WITNESS(ES) FOR DEFENDANT |
|---|---|
| 1. John Sheth | 1. |
| 2. Tanisha Blanchey | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

Defendant Remanded to Custody     Defendant Released on Previously Imposed Conditions

ENTER ORDER: Hearing held.  Defendant advised of the allegations.  Defendant admits violations 1 and 2; denies allegations 3 and 4.  Rule of sequestration is invoked.  Testimony taken.  The Court finds allegations 1 and 2 have been established; allegations 3 and 4 are not established and finds the Defendant has violated conditions of Supervised Release.  The Court revokes Defendant's term of Supervised Release and sentences Defendant to the custody of BOP for a term of 14 months and no further term of Supervised Release is imposed.  Defendant is advised of the right to appeal and appeal IFP.  The Court recommends FCI-Forrest City, Arkansas, as place of incarceration, if eligible.